170 A.3d 944

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANTHONY MINGIONI, DEFENDANT–PETITIONER.

September 27, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002338–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 944

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. CLEMENT ROMANS, A/K/A ANTHONY ROMANS, CLEMENT A. ROMANS, CLEMENT ROMAN, CLEMENTE ROMAN, AND PAUL ROMAN, DEFENDANT–PETITIONER.

September 27, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005468–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.